■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY BROWN, Appellant. [804 NYS2d 692]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Chambers, J.), rendered March 25, 2004, convicting him of criminal trespass in the third degree, upon a jury verdict, and imposing sentence.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THURMAN BROWN, Appellant. [804 NYS2d 691]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 22, 1999 (*People v Brown,* 258 AD2d 661 [1999], *cert denied* 528 US 860 [1999]), affirming a judgment of the Supreme Court, Nassau County, rendered December 1, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Florio, H. Miller and Ritter, JJ., concur.